USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

              Plaintiffs,

         v.

YA YA CREATIONS, INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-7273

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, YA YA CREATIONS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       January 11, 2021

                                    **GOTTLIEB & ASSOCIATES**

                                    */s/Jeffrey M. Gottlieb, Esq.*

                                    Jeffrey M. Gottlieb, Esq., (JG-7905)
                                    150 East 18th Street, Suite PHR
                                    New York, NY 10003
                                    Phone: (212) 228-9795
                                    Fax: (212) 982-6284
                                    Jeffrey@Gottlieb.legal

                                    *Attorneys for Plaintiffs*

---

This case is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to terminate all open motions and close this case.
SO ORDERED.

*[signature: Valerie Caproni]*

Date: January 11, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE